05-0487M-01.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## Southern District of Georgia

1054453

9531-0811-1352-I

UNITED STATES OF AMERICA

v.

SAMUEL D. WHITEHEAD

**WARRANT FOR ARREST**

CASE NUMBER: CR405-178

**FILED**

SEP 0 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    SAMUEL D. WHITEHEAD

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment  ☒ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

SIMPLE ASSAULT

in violation of Title   18   United States Code, Section(s)   113(a)(4)

HONORABLE G. R. SMITH          U. S. MAGISTRATE JUDGE
Name of Issuing Officer         Title of Issuing Officer

[signature]                     AUGUST 1, 2005, SAVANNAH, GA
Signature of Issuing Officer    Date and Location

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at: REPORTING |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9-2-05 | JEAN McLEOD | [signature] Jean McLeod |
| DATE OF ARREST 9-8-05 | SDUSM | |

GAS Rev 4/21/97