FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

UNITED STATES DISTRICT COURT FOR THE

2005 JUN 30 PM 4: 05

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Information CR405-178 |
| | ) | |
| v. | ) | VIO: 18 U.S.C. 113 (a)(4) |
| | ) | 18 U.S.C. 111 (a)(1) |
| SAMUEL D. WHITEHEAD | ) | Simple Assault |
| | ) | Assaulting, Resisting or |
| | ) | Impeding Law Enforcement |
| | ) | Officers |

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 25th, 2004, on Hunter Army Airfield Military Reservation, land under the exclusive jurisdiction of the United States, and located within the Southern District of Georgia,

### SAMUEL D. WHITEHEAD

did assault Reginald D. Anderson by striking him in the face with a fist, in violation of Title 18, United States Code, Section 113 (a)(4).

### COUNT TWO

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That on or about October 25th, 2004, on Hunter Army Airfield Military Reservation, land under the exclusive jurisdiction of the United States, and located within the Southern District of Georgia,

FILED
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE SAVANNAH DIV.

SOUTHERN DISTRICT OF GEORGIA 2005 JUN 30 PM 4: 05

SAVANNAH DIVISION

SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Information No. CR405-178 |
| | ) | |
| v. | ) | VIO: 18 U.S.C. 113 (a)(4) |
| | ) | 18 U.S.C. 111 (a)(1) |
| SAMUEL D. WHITEHEAD | ) | Simple Assault |
| | ) | Assaulting, Resisting, or |
| | ) | Impeding Law Enforcement |
| | ) | Officers |

## PENALTY INFORMATION

Count One
Simple Assault

Fine of NMT $5,000
Imprisonment NMT 6 months
or both
Special Assessment of $10

Count Two
Assaulting, Resisting, or
Impeding Law Enforcement Officers

Fine of NMT $5,000
Imprisonment NMT 12 months
or both
Special Assessment of $25

Respectfully submitted.

LISA GODBEY WOOD
UNITED STATES ATTORNEY

Chester J. Gregg
Special Assistant U.S. Attorney