# WARRANT FOR ARREST

CO-180 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>SAMUEL D. WHITEHEAD<br>DOB:           PDID#: | DOCKET NO: 05-487M-01 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>SAMUEL D. WHITEHEAD | FILED<br>NOV 17 2005<br>MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

| WARRANT ISSUED ON THE BASIS OF: Order of Court | DISTRICT OF ARREST |
|---|---|
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

FAILURE TO APPEAR FOR CONTROL/STATUS HEARING ON REMOVAL PROCEEDINGS

(Original Charges : Count 1 : 18 U.S.C. 113(a)(4) : Simple Assault
      Count 2 : 18 U.S.C. 111(a)(1) : Assaulting, Resisting, or Impeding Law Enforcement Officers)

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: | |
|---|---|---|
| BAIL FIXED BY COURT:<br>HOLD WITHOUT BOND | OTHER CONDITIONS OF RELEASE: | |
| ORDERED BY:<br>MAGISTRATE JUDGE JOHN M. FACCIOLA | JUDGE/MAGISTRATE JUDGE<br>JOHN M. FACCIOLA<br>U.S. MAGISTRATE JUDGE | DATE ISSUED:<br>October 18, 2005 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK:<br>Kymberly Kay | DATE:<br>October 18, 2005 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>10-18-2005 | NAME AND TITLE OF ARRESTING OFFICER<br>Reporting<br>Fitzgerald, Derrick DUSM | SIGNATURE OF ARRESTING OFFICER<br>Reporting |
|---|---|---|
| DATE EXECUTED<br>11-17-2005 | | |