**United States District Court**
**For the District of Columbia**
333 Constitution Avenue, NW
Washington, D.C. 20001
Date: 11/28/05

*Nancy Mayer-Whittington*
*Clerk of the Court*



RECEIVED 12-2-05

FILED DEC 12 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Address of Other Court: United States District Court
P.O. Box 8286
Savannah, GA. 31412-8286

RE: CR 05-487M (Samuel D. Whitehead)

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Arrest Warrant |
| X | Complaint/Warrant | | Order of Removal |
| | Minute Order Appointing Counsel | X | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| X | Conditions of Release | | |
| X | Other-Blotter dated 11/17/05, 10/18/05, 10/11/05, 9/8/05 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk